IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT B MELANE,

    Plaintiff,

v.                                                          CASE NO. 4:08-cv-00486-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 23, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be reversed and the Commissioner ordered to award benefits. The time for filing objections has passed, and none have been filed.

Two treating physicians in this case opined that Plaintiff, who suffered a back injury requiring surgery, was totally disabled and could not work even a sedentary job for 8 hours a day, even if the job allowed standing and sitting. The Administrative Law Judge rejected their opinions arguing that they were totally conclusory and that the treatment records only show low back tenderness and calf discomfort. The Court agrees that that assessment of the medical record is not supported by the evidence. For example, Dr. Hunter in 2003 found as follows

> Dr. Hunter's diagnosis was chronic intractable pain syndrome, post-laminectomy syndrome, recurrent or residual L3-4 protrusion, right L5-S1 herniated nucleus pulposus, diabetes mellitus, and hypertension (poor control). R. 114. Plaintiff was then a smoker. *Id*. Dr. Hunter noted that Plaintiff was being considered for a repeat surgery, and might be a candidate for spinal fusion. *Id*. The surgical prognosis was guarded.

Report and Recommendation, p. 11. A radiologist, Dr. Hatch,[1] opined from an MRI in 2006 that Plaintiff showed the following objective medical evidence supporting his complaints of pain:

> 1. Large, left paracentral disc herniation at L4 5 with lateral recess stenosis and left foraminal stenosis impinging the exiting left L4 and descending left L5 nerve roots. Facet arthropathy contributes to severe central canal narrowing.
>
> 2. Foraminal protrusion at L5 1 impinges the exiting right L5 nerve root.

Thus, what Plaintiff suffers can be medically shown to be a far cry from "low back tenderness" as the Administrative Law Judge put it. Accordingly, the opinions of the treating physicians are in accordance with all the other objective medical evidence in the case and no substantial evidence exists to justify declining to follow those opinions. It is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the Commissioner, denying benefits, is reversed and the Commissioner is ordered to award benefits to Plaintiff.

**DONE AND ORDERED** this _15th_ day of March, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

---

[1] Which the Administrative Law Judge incorrectly stated was a radiological technician.