IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT B MELANE,

    Plaintiff,

v.          CASE NO. 4:08-cv-00486-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

# O R D E R

This matter is before the Court on Doc. 31, Consent Motion for Attorney Fees Authorization Pursuant to the Social Security Act and Doc. 30, Consent Motion for Attorney Fees Pursuant to the Equal Access to Justice Act. The government responded to each, Docs. 32 and 33, respectively, and does not oppose the requested fee amounts. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Plaintiff is awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 in the amount of **$3,980.90**.

Additionally, Plaintiff is awarded an attorney fee pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), of **$20,156.00**, paid directly to Attorney Heather Freeman.

The amount received under the Equal Access to Justice Act will be refunded to the Plaintiff since the authorized § 406(b) fee is greater than the amount awarded under the Equal Access to Justice Act.

**DONE AND ORDERED** this _12th_ day of August, 2010



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge